Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN,<br><br>         Plaintiff,<br>    vs.<br><br>DIRECT DIABETIC SOURCE, INC., a Florida Corporation, STEPHEN M. KRAUSE, an individual,<br><br>         Defendants. | Case No: 8:16-cv-01361 JLS (JCGx)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br>Judge: Hon. Josephine L. Staton |

Notice of Voluntary Dismissal

# NOTICE OF VOLUNTARY DISMISSAL
# PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is voluntarily dismissed, <u>with prejudice</u> against all defendants (DIRECT DIABETIC SOURCE, INC., and STEPHEN M. KRAUSE, an individual) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).  None of the Defendants have filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED:  September 22, 2016                **PRATO & REICHMAN, APC**

<u>/s/Christopher J. Reichman, Esq.</u>
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
PAUL SAPAN